AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

## APPEARANCE

Case Number: 07-MJ-1967

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

EDUARDO SANTEZ

I certify that I am admitted to practice in this court.

| 12/21/2007 | *[signature]* |
|---|---|
| Date | Signature |

| HUGH M. MUNDY | 9500 |
|---|---|
| Print Name | Bar Number |

52 DUANE STREET, TENTH FLOOR
Address

| NEW YORK | NY | 10007 |
|---|---|---|
| City | State | Zip Code |

| (212) 417-8783 | (212) 571-0392 |
|---|---|
| Phone Number | Fax Number |